UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RICARDO JOSE CALDERON LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 16-cv-02732-LB<br><br>**ORDER DENYING THE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Re: ECF No. 29 |

This is an appeal from a social-security benefits administrative proceeding. Mr. Lopez filed a motion for a preliminary injunction, arguing for reinstatement of benefits.[1] The court denies the motion because it is not procedurally proper. The court will consider all of Mr. Lopez's arguments — including those raised in this motion —when the case is briefed fully. The Commissioner filed her counter motion on October 4, 2014.[2] Mr. Lopez thus has 14 days to file a reply.[3]

**IT IS SO ORDERED.**

Dated: October 4, 2016

LAUREL BEELER
United States Magistrate Judge

---

[1] Motion — ECF No. 29.
[2] Motion — ECF No. 32.
[3] Scheduling Order — ECF No. 3.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO JOSE CALDERON LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  3:16-cv-02732-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricardo Jose Calderon Lopez
General Delivery
San Francisco, CA 94142


Dated: October 5, 2016

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Lashanda Scott, Deputy Clerk to the
                                            Honorable LAUREL BEELER