UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO JOSE CALDERON LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIGRAN GUMUSHYAN, et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-07236-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Laurel Beeler for consideration of whether the case is related to *Lopez v. Commissioner of Social Security*, 16-cv-2732-LB.  (*See* Dkt. No. 76 at 2.)

**IT IS SO ORDERED.**

Dated: January 17, 2017

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge